IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Peebles, Tonya | Case Number: 08 B 20889 |
|---|---|---|
| | Peebles, Shawn | Judge: Squires, John H |
| | Printed: 01/06/09 | Filed: 8/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 26, 2008
Confirmed:   None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 0.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | EMC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 2. | TCF Mortgage Corporation | Secured | 26,466.00 | 0.00 |
| 3. | EMC Mortgage Corporation | Secured | 84,185.70 | 0.00 |
| 4. | ECast Settlement Corp | Unsecured | 81.37 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 156.22 | 0.00 |
| 6. | AIS Services | Unsecured | 92.37 | 0.00 |
| 7. | National Capital Management | Unsecured | 85.71 | 0.00 |
| 8. | Illinois Student Assistance Commission | Unsecured | 4,862.05 | 0.00 |
| 9. | RoundUp Funding LLC | Unsecured | 20.27 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 79.62 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 115.87 | 0.00 |
| 12. | Capital One | Unsecured | 64.05 | 0.00 |
| 13. | Cooper Land Development Inc | Unsecured | | No Claim Filed |
| 14. | Collection Company Of America | Unsecured | | No Claim Filed |
| 15. | Credit Protection Association | Unsecured | | No Claim Filed |
| 16. | Nicor Gas | Unsecured | | No Claim Filed |
| 17. | Sm Servicing | Unsecured | | No Claim Filed |
| 18. | GEMB | Unsecured | | No Claim Filed |
| 19. | Washington Mutual Providian | Unsecured | | No Claim Filed |
| 20. | Pentagroup Financial, LLC | Unsecured | | No Claim Filed |
| | | | $ 116,209.23 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Peebles, Tonya                              Case Number:  08 B 20889
        Peebles, Shawn                              Judge:  Squires, John H
        Printed: 01/06/09                           Filed:  8/9/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

